UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| MICHAEL N. BRYANT, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 2:19-cv-00069-JPH-DLP |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**Order Appointing Counsel and Directing Further Development of
Motion for Relief Pursuant to 28 U.S.C. § 2255**

Michael N. Bryant seeks relief from his sentence pursuant to 28 U.S.C. § 2255 arguing that his Sixth Amendment rights were violated because he was appointed new counsel that had a conflict of interest and because counsel failed to argue that he did not have sufficient prior convictions to support the enhancement of his sentence under the Armed Career Criminal Act (ACCA), 18 U.S.C. § 924(e). He also seeks the appointment of counsel. Dkt. 1 at p. 17. The United States responded and Bryant replied.

After the briefing in this action was complete, the Seventh Circuit issued *United States v. De La Torre*, 940 F.3d 948, 952 (7th Cir. 2019). This opinion calls into question the United States' reliance on Bryant's 2000 Indiana conviction for dealing methamphetamine to establish that he qualified for an enhanced sentence under § 924(e).

Under these circumstances, the interests of justice require the appointment of counsel to assist with further briefing and the resolution of this issue. 18 U.S.C. § 3006A(a)(2)(B). Accordingly, the Court appoints the Office of the Indiana Federal Community Defenders to represent Defendant in his pending motion pursuant to 28 U.S.C. § 2255. The Indiana Federal

Defender's Office shall file an appearance within 7 days of the date of this Order. Should the Indiana Federal Community Defender be unable to represent Defendant Bryant, substitute Criminal Justice Act (CJA) counsel may appear on Defendant's behalf.

The United States shall have **through November 1, 2020,** in which to file a supplement that addresses *De La Torre*. Defendant, by counsel, shall then have twenty-eight days to file a response.

**SO ORDERED.**

Date: 9/22/2020

                                                  James Patrick Hanlon
                                                  United States District Judge
                                                  Southern District of Indiana

Distribution:

MICHAEL N. BRYANT
15820-028
MANCHESTER - FCI
MANCHESTER FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 4000
MANCHESTER, KY 40962

William Lance McCoskey
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
william.mccoskey@usdoj.gov

INDIANA FEDERAL COMMUNITY DEFENDERS
c/o Sara Varner
111 Monument Circle
Suite 3200
Indianapolis, IN 46204